UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>YANCY AQUINO-CALAYAG<br><br>Debtor. | Case No. 19-07004<br>Chapter 13<br>Judge Janet S. Baer<br><br>Confirmation hearing:<br>05/24/2019 10:00 a.m. |

## WEST RIDGE VILLAGE CONDOMINIUM ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED MARCH 13, 2019

Now comes a certain Creditor, WEST RIDGE VILLAGE CONDOMINIUM ASSOCIATION, by and through its attorney, Benjamin J. Rooney of Keay & Costello, P.C., and for its objection to Debtor's chapter 13 plan filed March 13, 2019 states as follows:

1. West Ridge Village Condominium Association is a claimant-creditor of the Debtor and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2. On March 13, 2019, West Ridge Village Condominium Association filed its amended proof of claim with respect to Debtor's obligation to pay association assessments for the property located at 441 Churchill Drive, Elgin, Illinois 60124. (Exhibit "A").

3. That pursuant to West Ridge Village Condominium Association's governing documents, which have been recorded with the Recorder of Deeds of Kane County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a property under the jurisdiction of West Ridge Village Condominium Association.

4. At the time Debtor filed the chapter 13 petition on March 13, 2019, Debtor owed the amount of $2,325.75 for past due assessments, late fees and attorney fees to West Ridge Village Condominium Association. (Exhibit "A").

5. Debtor's plan fails to fully and properly account for West Ridge Village Condominium Association secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of West Ridge Village Condominium Association's lien rights in Debtor's real estate and the amended proof of claim filed on March 13, 2019, West Ridge Village Condominium Association, should be included in Debtor's chapter 13 plan as a secured creditor in the amount of $2,325.75.

7. As a result of Debtor's failure to fully account for the pre-petition secured debt owed to West Ridge Village Condominium Association, confirmation of Debtor's March 13, 2019 plan should be denied.

WHEREFORE, West Ridge Village Condominium Association prays this court for entry of the attached order denying confirmation of the Debtor's plan filed March 13, 2019, and for any such other and further relief as this court deems just and equitable within the premises.

WEST RIDGE VILLAGE CONDOMINIUM ASSOCIATION

By: _____
Benjamin J. Rooney

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

2