**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---

In re:  
YANCY AQUINO-CALAYAG

Debtor.

Case No. 19-07004  
Chapter 13  
Judge Janet S. Baer

Confirmation hearing:  
05/24/2019 10:00 a.m.

---

## NOTICE OF FILING

To:  See attached Service List.

**PLEASE TAKE NOTICE** that on this 16th day of May 2019, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, WEST RIDGE VILLAGE CONDOMINIUM ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED MARCH 13, 2019, a copy of which is attached hereto and served upon you herewith.

_____  
Benjamin J. Rooney

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 16th day of May, 2019.

_____  
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me this 16th day of May, 2019.

_____  
Notary Public

OFFICIAL SEAL  
LISA A CARBY  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:07/19/22

#6308111  
Benjamin J. Rooney  
**KEAY & COSTELLO, P.C.**  
128 South County Farm Road  
Wheaton, Illinois 60187  
ben@keaycostello.com  
(630) 690-6446

## Service List

Yancy Aquino-Calayag
441 Churchhill Drive
Elgin, Illinois 60124

David Freydin
Law Offices of David Freydin Ltd
8707 Skokie Blvd, Suite 305
Skokie, Illinois 60077
(By electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)